Doris Ng, SBN 169544
Steve Weiss, SBN 197374
BAY AREA LEGAL AID
1735 Telegraph Avenue
Oakland, CA  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email:  dng@baylegal.org
Attorneys for Plaintiff Chhort Khut

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHHORT KHUT,<br>     Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br>     Defendant.<br>_____ | CIVIL CASE NO.  09-cv-00673 EDL<br><br>Stipulation and Request for Order Extending Time to File Motion for Summary Judgment; ~~Proposed~~ Order<br>[Pursuant to Local Rules 6-2 and 7-12] |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this matter hereby stipulate to and request an order extending the time by which Plaintiff may file his Motion for Summary Judgment.  The parties hereby agree that Plaintiff may file his motion for summary judgment no later than August 28, 2009.

DATED: June 9, 2009           _____/s/_____
                              Doris Ng, Attorney for Plaintiff

Stip and ~~Proposed~~ Order

- 1

1  DATED: June 9, 2009              /s/ Armand Roth (authorized by email on 6/3/09)
2                                    Armand Roth, Attorney for Defendant
3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED:
5      Plaintiff's time to file a motion for summary judgment is extended to no later than
6  August 28, 2009.
7
8  DATED: June 15, 2009

_____
Judge Elizabeth D. Laporte

IT IS SO ORDERED
Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip and ~~Proposed~~ Order

- 2 -