```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624

6      333 Market Street, Suite 1500
       San Francisco, CA 94105
7      Telephone: (415) 977-8924
       Fax: (415) 744-0134
8      E-Mail: Armand.Roth@ssa.gov

9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHHORT KHUT, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 09-cv-00673-EDL |
| ) | |
| v. ) | STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL |
| ) | ACCESS TO JUSTICE ACT (28 U.S.C. |
| MICHAEL J. ASTRUE, ) | § 2412(d)) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

1    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($5,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

    The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated March 23, 2010

/s/ Doris Ng
(As authorized via email of 3/18/2010)
DORIS NG
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: March 23, 2010        By:  /s/ Armand Roth

Special Assistant United States Attorney

IT IS SO ORDERED:

Dated:   March 29, 2010

*Elizabeth D. Laporte* (signature)
-----------------------------------
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge